IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| V. | : CRIM. NO. 00-4 Erie |
| | : |
| ALBERT ANTHONY NAPLES | : |
| | : |

### ORDER

AND NOW, this _____ day of February, 2006, it appearing to the Court that the above-captioned case has been terminated with no pending appeals, IT IS HEREBY ORDERED that the pleadings/case impounded in the Office of the Clerk of Court be returned to the closed filing system of the Clerk's Office.

The pleadings/case is to remain sealed with a copy of this Order attached to the envelope and to the file folder. Anyone desiring to view the impounded pleadings/case shall file a request with the Clerk with notification to all parties. This file/pleading is to remain sealed for the next __20__ years.

Documents: 30 and 31

_____
US District Judge Maurice B. Cohill, Jr.